```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Tina M. Evans,

     Plaintiff,

  v.                              Case No. 2:20-cv-3395

Commissioner of
Social Security,

     Defendant.

ORDER

This matter is before the court for consideration of the August 31, 2021, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that the Commissioner's decision be affirmed. The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report would result in a waiver of the right to have the district judge review the report and recommendation *de novo* and a waiver of the right to appeal the decision of the district court adopting the report and recommendation. Doc. 18, p. 13. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

The court agrees with the report and recommendation of the magistrate judge (Doc. 18), and it is hereby adopted. The decision of the Commissioner is affirmed, and this action is dismissed. The clerk is directed to enter final judgment in this case.

It is so ordered.

Date: September 20, 2021            s/James L. Graham
                                    James L. Graham
                                    United States District Judge